ELLIOT ENOKI
United States Attorney
District of Hawaii

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2001

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00195 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. §§ 2252 |
| BRIAN CORPUZ, ) | [Child Pornography] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about October 25, 2000, in the District of Hawaii, BRIAN K. CORPUZ did knowingly receive visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, namely, three videotapes entitled "Randy Boys," "Young Joy," and "Little Ones In Love," with said BRIAN K. CORPUZ knowing that the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(2).

COUNT 2

The Grand Jury further charges:

From a precise earlier date unknown to the grand jury, and continuing through on or about October 25, 2000, in the District of Hawaii, BRIAN K. CORPUZ did knowingly possess one or more matters, namely, more than one hundred (100) computer graphic files which contained visual depictions of minors engaged in sexually explicit conduct, which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, with said BRIAN K. CORPUZ knowing that the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(4).

DATED: Honolulu, Hawaii, May 23, 2001.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

2